The Honorable Christopher M. Alston

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>VICTORIA D'COTLEDGE,<br><br>Debtor. | Bankr. No. 25-10088-CMA |
| VICTORIA D'COTLEDGE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant. | Adv. Proc. No. 25-01002-CMA<br><br>UNITED STATES' ANSWER |

COMES NOW the United States, by and through its counsel, Charles Neil Floyd, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, on behalf of its Agency, the United States Department of Education, and hereby answers Plaintiff's Complaint to Determine Dischargeability of Student Loan (complaint) as follows:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. The allegations in paragraph 1 of Plaintiff's complaint are statements of jurisdiction that contain legal conclusions to which no answer is required. To the extent an answer is required; the United States denies said allegations and puts Plaintiff to her proof.

2. The allegations in paragraph 2 of Plaintiff's complaint are statements of jurisdiction that contain legal conclusions to which no answer is required. To the extent an answer is required; the United States denies said allegations and puts Plaintiff to her proof.

3. The United States is currently without knowledge or information sufficient to form a belief as to the allegations in paragraph 3 of Plaintiff's complaint, and therefore denies the same pursuant to Rule 8(b) of the Federal Rules of Civil Procedure.

4. The United States denies the allegations in paragraph 4 of Plaintiff's complaint.

5. The United States denies the allegations in paragraph 5 of Plaintiff's complaint including subsections I-VI.

6. The United States denies the allegations in paragraph 6 of Plaintiff's complaint including subsections I-III.

7. The United States is currently without knowledge or information sufficient to form a belief as to the allegations in paragraph 7 of Plaintiff's complaint, and therefore denies the same pursuant to Rule 8(b) of the Federal Rules of Civil Procedure.

8. The United States denies the allegations in paragraph 8 of Plaintiff's complaint.

WHEREFORE, the United States prays for relief as follows:

1. That the Court determine that Plaintiff's student loan debt is not dischargeable and dismiss the Complaint with prejudice;

2. That the United States recover its reasonable attorney's fees and costs; and

3. That the Court grant the United States any other relief it deems just and proper.

UNITED STATES' ANSWER
(A25-01002-CMA) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 25-01002-CMA    Doc 15    Filed 12/15/25    Ent. 12/15/25 13:46:33    Pg. 2 of 4

DATED this 15th day of December, 2025.

CHARLES NEIL FLOYD
United States Attorney


*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email: kristin.b.johnson@usdoj.gov
Attorneys for the United States

UNITED STATES' ANSWER
(A25-01002-CMA) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 25-01002-CMA   Doc 15   Filed 12/15/25   Ent. 12/15/25 13:40:33   Pg. 3 of 4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers;

I further certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

- 0 -

I further certify that on this date, I arranged for service of the foregoing on the following non-CM/ECF participant(s) via email and Certified Mail, Return Receipt Requested, postage prepaid, addressed as follows:

Victoria D'Cotledge
14201 SE Petrovitsky Rd., Ste. A3-252
Renton, WA 98058
Email: victoria@dcot-legal.com

DATED this 15th day of December, 2025.

*s/ Caitlin Froelich*
CAITLIN FROELICH, Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email: caitlin.froelich@usdoj.gov

UNITED STATES' ANSWER
(A25-01002-CMA) - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 25-01002-CMA    Doc 15    Filed 12/15/25    Ent. 12/15/25 13:40:33    Pg. 4 of 4