The Honorable Christopher M. Alston

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

VICTORIA D'COTLEDGE,

                 Debtor.

Bankr. No. 25-10088-CMA

VICTORIA D'COTLEDGE,

                 Plaintiff,

      v.

UNITED STATES DEPARTMENT OF
EDUCATION,

                 Defendant.

Adv. Proc. No. 25-01002-CMA

STIPULATED NOTICE OF DISMISSAL

Under Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Victoria D'Cotledge and Defendant United States Department of Education, hereby stipulate to the dismissal of this adversary proceeding in its entirety, without prejudice and without an award of costs or attorney fees to any party.

STIPULATED NOTICE OF DISMISSAL
(A25-01002-CMA) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 25-01002-CMA   Doc 16   Filed 02/03/26   Ent. 02/03/26 10:51:07   Pg. 1 of 2

DATED this 3rd day of February, 2026.

Respectfully submitted,

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email: kristin.b.johnson@usdoj.gov

*Attorney for United States of America*

and

*s/ Victoria D'Cotledge*
VICTORIA D'COTLEDGE
14201 SE Petrovitsky Rd., Ste. A3-252
Renton, WA 98058
Email: victoria@dcot-legal.com

*Pro Se Plaintiff*

STIPULATED NOTICE OF DISMISSAL
(A25-01002-CMA) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 25-01002-CMA   Doc 16   Filed 02/03/26   Ent. 02/03/26 10:51:07   Pg. 2 of 2